# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Peak North Dakota, LLC, a Colorado limited liability company; Peak Energy Resources, LLC, a Delaware limited liability company; Jack Vaughn; Alex McLean; and Matt Gray, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Wilbur Wilkinson, Stand Bear Traders, LLC, a North Dakota limited liability company, and The Three Affiliated Tribes, Forth Berthold District Court, | ) ) ) ) ) | |
| | ) | Case No.  4:08-cv-087 |
| Defendants. | ) | |

Before the court are the Plaintiffs' motions for attorneys Rebecca J. King and Michael J. Abrams to appear *pro hac vice* on their behalf.  In accordance with Local Rule 79.1(D), attorneys King and Abrams have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  They have also paid the required admission fees to the office of the Cerk.  Accordingly, the Plaintiffs' motions (Docket Nos. 7 and 9) are **GRANTED**.  Attorneys Rebecca J. King and Michael J. Abrams are admitted to practice before this court in the above-entitled action on behalf of the Plaintiffs.

   **IT IS SO ORDERED.**

   Dated this 23rd day of October, 2008.

                               */s/ Charles S. Miller, Jr.*
                               Charles S. Miller, Jr.
                               United States Magistrate Judge