**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Peak North Dakota, LLC, a Colorado limited liability company; Peak Energy Resources, LLC, a Delaware limited liability company; Jack Vaughn; Alex McLean; and Matt Gray, | ) ) ) ) ) ) | **ORDER** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Wilbur Wilkinson, Stand Bear Traders, LLC, a North Dakota limited liability company, and The Three Affiliated Tribes, Forth Berthold District Court, | ) ) ) ) ) | |
| Defendants. | ) ) | Case No. 4:08-cv-087 |

The court directs the Clerk's office to seal Exhibits D and J that are attached to Answer filed by Defendants Wilbur Wilkinson and Stand Bear Traders, LLC (Docket No. 17) as they contains personal identifiers.

**IT IS SO ORDERED.**

Dated this 20th day of November, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge