IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Peak North Dakota, LLC, a Colorado limited liability company; Peak Energy Resources, LLC, a Delaware limited liability company; Jack Vaughn, Alex McLean, and Matt Gray, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Wilbur Wilkinson, Standing Bear Traders, LLC, a North Dakota limited liability company, and The Three Affiliated Tribes, Fort Berthold District Court, | ) ) ) ) ) | |
| | ) | Case No.  4:08-cv-087 |
| Defendants. | ) | |

Before the court is the Defendant Standing Bear Traders LLC's Motion for attorneys Christopher G. Lyster and Thomas J. Fisher to appear *pro hac vice* on its behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Lyster and Fisher have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  They have also paid the required admission fees to the office of the Clerk.  Accordingly, the motion (Docket Nos. 23 and 25) are **GRANTED**.  Attorneys Lyster and Fisher are admitted to practice before this court in the above-entitled action on behalf of the Defendant Standing Bear Traders, LLC.

    **IT IS SO ORDERED.**

    Dated this 16th day of December, 2008.

                                     */s/ Charles S. Miller, Jr.*
                                     Charles S. Miller, Jr.
                                     United States Magistrate Judge