# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Peak North Dakota, LLC, a Colorado limited liability company; Peak Energy Resources, LLC, a Delaware limited liability company, Jack Vaughn, Alex McLean, and Matt Gray, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Wilbur Wilkinson, Standing Bear Traders, LLC, a North Dakota limited liability company, and The Three Affiliated Tribes, Fort Berthold District Court, | ) ) ) ) ) | |
| | ) | Case No. 4:08-cv-087 |
| Defendants. | ) | |

Before the court is Defendant Wilbur Wilkinson's Motion for attorney Joe D. Tolbert to appear *pro hac vice* on his behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Tobert has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Mr. Tolbert has also paid the required admission fees to the office of the Clerk. Accordingly, Defendant Wilkinson's motion (Docket No. 46) is **GRANTED**. Attorney Joe D. Tolbert is admitted to practice before this court in the above-entitled action on behalf of Defendant Wilkinson.

**IT IS SO ORDERED.**

Dated this 15th day of May, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge