**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Peak North Dakota, LLC, a Colorado limited liability company; Peak Energy Resources, LLC, a Delaware limited liability company, Jack Vaughn, Alex McLean, and Matt Gray, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER  (AMENDED) RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| Wilbur Wilkinson, Standing Bear Traders, LLC, a North Dakota limited liability company, and The Three Affiliated Tribes, Fort Berthold District Court, | ) ) ) ) ) | |
| Defendants. | ) ) | Case No. 4:08-cv-087 |

Before the court is motion for attorney Joe D. Tolbert to appear *pro hac vice*. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Tobert has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Mr. Tolbert has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 46) is **GRANTED**. Attorney Joe D. Tolbert is admitted to practice before this court in the above-entitled action on behalf of Third-Party Defendant Richard L. Howell.

**IT IS SO ORDERED.**

Dated this 18th day of August, 2009.

                                                    */s/  Charles S.  Miller, Jr.*
                                                    Charles S.  Miller, Jr.
                                                    United States Magistrate Judge